IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STEPHEN HASKELL et al.,

    Plaintiffs,

v.                                          CASE NO. 1:23cv273-RH-MJF

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6. No objections have been filed.

In the order of December 5, 2023, the magistrate judge concluded the pro se original complaint named three plaintiffs—a father and two children. The order dismissed the complaint on the grounds that a father who is not an attorney cannot represent his children and that only the father, not the two children, signed the complaint. The order set a deadline to file an amended complaint.

The complaint named the father and children in the case style but in the text named as a plaintiff only the father, not the children. Regardless of whether

dismissal was proper, the father was not entitled to simply ignore the December 5 order or another entered on January 19, 2024. The father has ignored those two orders and now has not objected to the report and recommendation. The case may have become moot, or the plaintiff may have lost interest for other reasons. In any event, the report and recommendation is correct that dismissal is now appropriate.

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's further opinion.

2. The clerk must enter judgment stating, "This case is dismissed without prejudice for failure to comply with court orders and failure to prosecute."

3. The clerk must close the file.

SO ORDERED on March 20, 2024.

s/Robert L. Hinkle<br>United States District Judge

Case No. 1:23cv273-RH-MJF